IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02342-WYD-CBS

JOHN DOE,

      Plaintiff,

v.

MARGARET HEIL,
in her official capacity as Acting Manager of the
Colorado Department of Corrections Sex Offender Treatment and Monitoring Program; and
ARISTEDES ZAVAROS,
in his official capacity as Executive Director of the
Colorado Department of Corrections,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendants' Unopposed Motion for Leave of Court to Obtain Inmate Records (*doc. #9)* is GRANTED. Defendants have leave to request and obtain Plaintiff's inmate records from the Colorado Department of Corrections for the purpose of drafting a responsive pleading to the Amended Complaint.

      IT IS FURTHER ORDERED that Defendants' Unopposed Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint (*doc. #8)* is GRANTED. The deadline for Defendants to answer or otherwise respond to Plaintiff's Amended Complaint is extended to **January 22, 2008**.

**DATED:**     December 11, 2008